# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LISA MURPHY,                                                                                                            PLAINTIFF
ADC #760343

v.                        1:19-CV-00105-BSM-JTK

TONI BRADLEY, et al.                                                             DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 9] has been received. After *de novo* review of the record, the RD is adopted. Defendants Bradley, Hearington, Payne, Griffin, Laryea, Payte, Lewis and Swift are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 13th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE