# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESEVILLE DIVISION

LISA RYAN MURPHY　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #760343

v.　　　　　　　　CASE NO. 1:19-CV-00105 BSM

TONI BRADLEY, et al.　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 25] has been received. After careful review of the record, the RD is adopted. Defendants Baker, Kizer, and Fields are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 22nd day of January 2020.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE