**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LISA RYAN MURPHY**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #760343**

**v.**　　　　　　　　**CASE NO. 1:19-CV-00105 BSM**

**TONI BRADLEY,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 39] has been received. After careful review of the record, the RD is adopted. The motion for summary judgment [Doc. No. 31] is granted. Defendants Stieve, Baiza, Williams, and Gardner are dismissed without prejudice. Murphy's claims against defendants Hughes and Hutchinson are limited to the dates and subject matter set forth in the RD, *see* Doc. No. 39, at 7–8.

IT IS SO ORDERED this 6th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE